Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RRW LEGACY MANAGEMENT GROUP, INC., a Washington corporation, and ANTOINETTE WALKER, individually and as a Limited Partner of Argyll Limited Partnership,<br><br>        Plaintiffs,<br><br>   v.<br><br>CAMPBELL WALKER,<br><br>        Defendant. | No. 2:14-cv-00326MJP<br>(Consolidated with 2:14-cv-1544)<br><br>JUDGMENT<br><br><br>**CLERK'S ACTION REQUIRED** |
| CAMPBELL INVESTMENT COMPANY, a Washington corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMPBELL M. WALKER, a foreign individual,<br><br>        Defendant. | |

## JUDGMENT SUMMARY

Judgment Creditor:            Campbell Investment Company, Inc. Plaintiff

Judgment Debtor:              Campbell M. Walker, Defendant

| | | |
|---|---|---|
| 1 | Principal Judgment Amount: | $4,537,085.00 |
| 2 | Pre-Judgment Interest at the rate of 5.5% per annum pursuant to | |
| 3 | RCW 4.56.110[1] | $1,734,560.68 |
| 4 | Total Judgment Amount: | $6,271,645.68 |
| 5 | Post-Judgment Interest Rate pursuant to 28 U.S.C. § 1961[2] | 0.55% |

Attorneys for Judgment Creditor   Randall P. Beighle
  Campbell Investment Company   Andrew G. Yates
                                        Lane Powell PC
                                      1420 Fifth Avenue, Suite 4200
                                      Seattle, Washington 98101

                                      Malaika M. Eaton
                                      McNaul Ebel Nawrot & Helgren PLLC
                                      600 University Street, Suite 2700
                                      Seattle, Washington 98101

Attorneys for Judgment Debtor    Bradley R. Duncan
  Campbell Walker:                       Josh A. Rataezyk
                                      Hillis Clark Martin & Peterson, P.S.
                                      1221 Second Avenue, Suite 500
                                      Seattle, Washington 98101

## ORDER

In response to the parties' respective motions for summary judgment, the Court entered an order dated October 9, 2015 (Dkt. 141). That order granted summary judgment in full to Plaintiff RRW Legacy Management Group, Inc. ("RRW"). It also granted RRW's request to dismiss Defendant Campbell Walker's counterclaims. Finally, it granted Plaintiff Campbell Investment Company's ("CIC") motion for partial summary judgment as to liability on CIC's breach of fiduciary duty claim against Defendant Campbell Walker.

---

[1] This amount is calculated assuming that judgment is entered on July 28, 2016. If judgment is entered on a different date, the daily amount that accrues on the portion of the principal judgment on which prejudgment interest runs ($3,775,966.00) is $568.98 each day ($3,775,966.00 x 0.055/365).

[2] This rate assumes that judgment is entered during the week of July 28, 2016.

JUDGMENT (Consol. No. 2:14-cv-00326) – Page 2

As described in the Court's order on summary judgment, the Court grants RRW the following declaratory relief:

1. Defendant Campbell Walker was properly removed from his position as General Partner of Argyll Limited Partnership for cause under the Argyll Limited Partnership Agreement Section 7.1, which describes "cause" as "acts of the General Partner … which constitute larceny, fraud, deceit, willful misconduct or a crime otherwise involving moral turpitude, willful misrepresentation to Partners, or the continued and habitual misuse of alcohol or any use of controlled substances."

2. RRW was properly appointed as the new General Partner of Argyll Limited Partnership under Section 6.1 of the Argyll Limited Partnership Agreement.

The remaining aspects of CIC's state law breach of fiduciary duty claim against Campbell Walker were tried before the Honorable Marsha J. Pechman on October 27 and 28, 2015, and January 11, 2016, in the United States District Court for the Western District of Washington. CIC appeared by and through its representative, Antoinette Walker, and was represented by its attorneys of record, Randall P. Beighle and Andrew G. Yates of Lane Powell, PC, and Malaika M. Eaton of McNaul Ebel Nawrot & Helgren PLLC. Defendant Campbell Walker appeared on October 27 and 28, 2015, and was represented by his attorneys of record, Bradley R. Duncan and Josh A. Rataezyk, of Hillis Clark Martin Peterson, P.S. Mr. Walker chose not to appear on January 11, 2016.

On January 28, 2016, the Court issued its Findings of Fact and Conclusions of Law (Dkt. 171), holding that Defendant Campbell Walker's breaches of fiduciary duty caused damages to CIC in the total amount of $4,537,085.00. Based on the Court's Findings, this total is made up of the following amounts:

| | | |
|---|---|---|
| (1) | Payments to Darshan | $3,074,224 |
| (2) | Travel expenses | $324,857 |
| (3) | Consulting fees to Robert Walker | $200,000 |

|   |   |   |
|---|---|---|
| (4) | Payments on life insurance policy | $78,428 |
| (5) | Contract services | $54,646 |
| (6) | Interest on the line of credit | $43,811 |
| (7) | Funds diverted from CIC | $293,147 |
| (8) | Professional fees | $467,972 |

Plaintiff CIC is awarded damages in the principal amount of $4,537,085.00, against Defendant Campbell Walker.

"A party is entitled to prejudgment interest on liquidated claims to compensate them for loss of use on money that is wrongfully withheld by another party." *TJ Landco, LLC v. Harley C. Douglass, Inc.*, 186 Wn. App. 249, 256, 346 P.3d 777 (2015) (citing *Mall Tool Co. v. Far West Equip. Co.*, 45 Wn.2d 158, 169, 273 P.2d 652 (1954)).  Here, CIC is entitled to pre-judgment interest on the amounts included in items (1)–(6) awarded to it as listed above, for a total damage award subject to prejudgment interest of $3,775,966.00.

Pre-judgment interest in a diversity action based on state law is calculated pursuant to the applicable state rules, thus Washington law applies to this case. *In re Exxon Valdez*, 484 F.3d 1098, 1101 (9th Cir. 2007). Plaintiff CIC is entitled to prejudgment interest because the damage amounts identified above are liquidated and the Court finds that the rate specified in RCW 4.56.110 applies. Pre-judgment interest totals $1,734,560.68 through July 28, 2016. That amount is made up of the following amounts for each of the damage categories found by the Court to be subject to prejudgment interest as of May 23, 2016:

|   |   |   |
|---|---|---|
| (1) | Payments to Darshan | $1,309,385.00 |
| (2) | Travel expenses | $165,312.00 |
| (3) | Consulting fees to Robert Walker | $136,430.00 |
| (4) | Payments on life insurance policy | $48,456.00 |

|  |  |  |
|---|---|---|
| (5) | Contract services | $22,139.00 |
| (6) | Interest on the line of credit | $15,285.00 |

The Declaration of William Partin attached to Plaintiffs' notice of presentation of judgment submitted in May 2016 provides the calculation of these amounts. The total amount of interest has been updated through July 28, 2016, using the per diem amount of $568.98.

And the Court being otherwise fully advised herein, now, therefore,

HEREBY ORDERS that Plaintiff CIC is awarded judgment against Defendant Campbell Walker in the principal amount of $4,537,085.00. Additionally, Plaintiff CIC is awarded pre-judgment interest in the amount of $1,734,560.68, for a total judgment amount of $6,271,645.68. Post-judgment interest on the judgment sum shall accrue at the rate of 0.55 percent per annum from the date of entry hereof.

IT IS SO ORDERED.

DATED this _28th_ day of __July__, 2016.

                                                                    Marsha J. Pechman
                                                                    United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: _s/Malaika M. Eaton_
       Malaika M. Eaton, WSBA No. 32837
       meaton@mcnaul.com

600 University Street, Suite 2700
Seattle, Washington 98101
Telephone (206) 467-1816
Facsimile (206) 624-5128

1 | LANE POWELL PC
2 | By: s/Randall P. Beighle
3 | Randall P. Beighle WSBA No. 13421
   | beighler@lanepowell.com
   | Margaret M. Grega, WSBA No. 46579
4 | gregam@lanepowell.com
   | Andrew G. Yates, WSBA No. 34239
5 | yatesa@lanepowell.com

6 | 1420 Fifth Avenue, Suite 4200
   | Seattle, Washington 98101
7 | Telephone (206) 223-7000
   | Facsimile (206) 223-7107

JUDGMENT (Consol. No. 2:14-cv-00326) – Page 6