**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RRW LEGACY MANAGEMENT GROUP, INC., ET AL., | Lead Case No. 14-0326-MJP |
| Plaintiff, | **SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES AND NON-TAXABLE COSTS** |
| v. | |
| CAMPBELL M. WALKER, a foreign individual, | *CLERK'S ACTION REQUIRED* |
| Defendant. | |
| CAMPBELL INVESTMENT COMPANY, a Washington corporation, | Case No. 14-1544-MJP |
| Plaintiff, | |
| v. | |
| CAMPBELL M. WALKER, a foreign individual, | |
| Defendant. | |

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Campbell Investment Company, Inc. Plaintiff |
| Judgment Debtor: | Campbell M. Walker, Defendant |
| Attorney Fees: | $573,627.45 |
| Non-Taxable Costs: | $7,149.49 |

SUPPLEMENTAL JUDGMENT FOR ATTORNEY FEES
AND NON-TAXABLE COSTS - 1
Lead Case No. 14-0326-MJP

| | |
|---|---|
| Principal Judgment Amount: | $580,776.94 |
| Post-Judgment Interest Rate Pursuant to 28 U.S.C. 1961[1] | 0.55% |
| Attorneys for Judgment Creditor Campbell Investment Company | Randall P. Beighle<br>Andrew G. Yates<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA  98101<br><br>Malaika M. Eaton<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street, Suite 2700<br>Seattle, WA  98101 |
| Attorneys for Judgment Debtor Campbell Walker | Bradley R. Duncan<br>Josh A. Rataezyk<br>Hillis Clark Martin & Peterson, P.S.<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101 |

---

[1] This percentage assumes entry of judgment the week of September 11, 2016.  If judgment is entered thereafter, the per diem interest rate is $87.51.

AMENDED JUDGMENT ON COURT'S FINDINGS OF
FACT AND CONCLUSIONS OF LAW - 2

128224.0002/6755845.2
Lead Case No. 14-0326-MJP

**ORDER**

On August 31, 2016, the Court awarded Plaintiff Campbell Investment Company ("CIC") $560,750.45 in attorney fees and $7,149.49 in non-taxable costs.  *See* Dkt. # 222.  CIC has submitted herewith supplemental declarations identifying $12,877 in fees expended by CIC in bringing its successful motion, bringing the total amount of attorney fees and non-taxable costs awarded to CIC to $580,776.94.   The Court being otherwise fully advised herein, now, therefore,    HEREBY ORDERS, ADJUDGES, AND DECREES that Plaintiff CIC is awarded a supplemental judgment against Defendant Campbell Walker in the principal amount of $580,776.94.  Post-judgment interest on the judgment sum shall accrue at the rate of 0.55% percent per annum from the date of entry hereof.

IT IS SO ORDERED.

DATED this __28th___ day of _____September_____, 2016.

_____
Marsha J. Pechman
United States District Judge

Presented by:

| LANE POWELL PC | McNAUL EBEL NAWROT & HELGREN PLLC |
|---|---|
| By: /s/ Andrew G. Yates<br>  Randall P. Beighle WSBA No. 13421<br>  beighler@lanepowell.com<br>  Andrew G. Yates, WSBA No. 34239<br>  yatesa@lanepowell.com<br>  Margaret M. Grega, WSBA No. 46579<br>  gregam@lanepowell.com<br><br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA  98101<br>Telephone (206) 223-7000<br>Facsimile (206) 223-7107 | By: /s/ Malaika M. Eaton<br>  Malaika M. Eaton, WSBA No. 32837<br>  meaton@mcnaul.com<br>  Claire Martirosian, WSBA No. 49528<br>  cmartirosian@mcnaul.com<br><br>600 University Street, Suite 2700<br>Seattle, WA  98101<br>Telephone (206) 467-1816<br>Facsimile (206) 624-5128 |

AMENDED JUDGMENT ON COURT'S FINDINGS OF
FACT AND CONCLUSIONS OF LAW - 3

128224.0002/6755845.2
Lead Case No. 14-0326-MJP

AMENDED JUDGMENT ON COURT'S FINDINGS OF
FACT AND CONCLUSIONS OF LAW - 4

128224.0002/6755845.2
Lead Case No. 14-0326-MJP