Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RRW LEGACY MANAGEMENT GROUP, INC., a Washington corporation, and ANTOINETTE WALKER, individually and as a Limited Partner of Argyll Limited Partnership,<br><br>                      Plaintiffs,<br><br>   v.<br><br>CAMPBELL WALKER,<br><br>                      Defendant. | No. 2:14-cv-00326MJP (Consolidated with 2:14-cv-1544)<br><br>ORDER RE PLAINTIFF CAMPBELL INVESTMENT COMPANY'S<br><br>(1) MOTION FOR ATTORNEY FEES & COSTS PURSUANT TO ORDER ON MOTION TO COMPEL AND/OR SANCTIONS [DKT. 240] AND<br><br>(2) MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO ORDER ON MOTION FOR SANCTIONS AND FOR BOND [DKT. 250] |
| CAMPBELL INVESTMENT COMPANY, a Washington corporation,<br><br>                      Plaintiff,<br><br>   v.<br><br>CAMPBELL M. WALKER, a foreign individual,<br><br>                      Defendant. | |

Pending before the Court are Plaintiff Campbell Walker Investment Company's ("CIC") (1) Motion for Attorney Fees and Costs (on Order on Motion to Compel and/or Sanctions and to Withdraw as Counsel [Dkt. 240]), and (2) Motion for Attorneys' Fees and Costs Pursuant to Order on Motion for Sanctions and for Bond [Dkt. 250]. In connection with these Motions, the Court reviewed the following:

(1) Plaintiff Campbell Investment Company's Motion for Attorney Fees and Costs;

(2) Declaration of Malaika M. Eaton in Support of Plaintiff Campbell Investment Company's Motion for Attorney Fees and Costs, and Exhibits A–C attached thereto;

(3) Plaintiff Campbell Investment Company's Reply in Support of Motion for Attorney Fees and Costs;

(4) Plaintiff Campbell Investment Company's Motion for Attorneys' Fees and Costs Pursuant to Order on Motion for Sanctions and for Bond [Dkt. 250];

(5) Declaration of Malaika M. Eaton in Support of Plaintiff Campbell Investment Company's Motion for Attorneys' Fees and Costs Pursuant to Order on Motion for Sanctions and for Bond [Dkt. 250], and Exhibits A-B attached thereto;

(6) Plaintiff Campbell Investment Company's Reply in Support of Motion for Attorneys' Fees and Costs Pursuant to Order on Motion for Sanctions and for Bond [Dkt. 250]; and

(7) Second Declaration of Malaika M. Eaton in Support of Plaintiff Campbell Investment Company's Motion for Attorneys' Fees and Costs Pursuant to Order on Motion for Sanctions and for Bond [Dkt. 250], and Exhibit C attached thereto.

The Court also reviewed the records on file herein. The Court notes that Defendant Campbell Walker failed to respond to either of the pending motions and has further failed to comply in any respect with the Court's Order on Motions for Sanction and for Bond [Dkt. 250], which ordered him to pay $1,000 per day into the registry of the Clerk of the Court until he had satisfied his discovery obligations. And being otherwise fully advised herein, the Court finds as follows:

1. That Campbell Investment Company's counsels' hourly rates are reasonable in light of the prevailing rates in the community, counsel's background and experience, and counsel's normal hourly rates.

2. The tasks for which Campbell Investment Company now seeks fees are within the scope of the Court's orders.

3. The amount of hours spent by Campbell Investment Company's counsel on these tasks was reasonable given the circumstances here. Now, therefore,

IT IS HEREBY ORDERED that:

Plaintiff CIC's Motion for Attorney Fees and Costs (on Order on Motion to Compel and/or Sanctions and to Withdraw as Counsel [Dkt. 240]) is GRANTED. Plaintiff CIC is awarded against Defendant Campbell Walker the sum of $13,517.50.

IT IS FURTHER ORDERED that:

Plaintiff CIC's Motion for Attorneys' Fees and Costs Pursuant to Order on Motion for Sanctions and for Bond [Dkt. 250] is GRANTED. Plaintiff CIC is awarded against Defendant Campbell Walker the sum of $17,515.50.

Defendant Campbell Walker is directed to pay these sums to Plaintiff CIC, in care of McNaul Ebel Nawrot & Helgren PLLC, within five (5) days of the date of entry of this Order.

IT IS SO ORDERED.

DATED this ___10th___ day of May, 2017.

Marsha J. Pechman
United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
      Malaika M. Eaton, WSBA No. 32837

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
meaton@mcnaul.com

Attorneys for Plaintiff Campbell Investment Company