UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RRW LEGACY MANAGEMENT GROUP, INC., et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br> CAMPBELL WALKER, <br><br>　　　　　　　Defendant. | CASE NO. C14-326 MJP <br><br> CIVIL CONTEMPT ARREST WARRANT |

To:　Any authorized law enforcement officer:

You are COMMANDED to arrest and bring before this Court without unnecessary delay CAMPBELL WALKER, whom the Court found to be in civil contempt based on the Court's August 17, 2017 order in the above-entitled matter (Dkt. No. 263). After his arrest, CAMPBELL WALKER shall be brought immediately before this Court to address his civil contempt. If the Court is not immediately available to conduct a contempt hearing following Mr. Walker's arrest, Mr. Walker shall be incarcerated until such time as the Court can conduct a civil contempt hearing.

Dated this 17th day of August, 2017

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge