**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RRW LEGACY MANAGEMENT GROUP, INC., a Washington corporation, and ANTOINETTE WALKER, individually and as a Limited Partner of Argyll Limited Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMPBELL WALKER,<br><br>Defendant.<br><br>CAMPBELL INVESTMENT COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAMPBELL M. WALKER, a foreign individual,<br><br>Defendant. | No. 2:14-cv-00326MJP<br>(Consolidated with 2:14-cv-1544)<br><br>**ORDER EXTENDING JUDGMENT AND UPDATING JUDGMENT SUMMARY PURSUANT TO RCW 6.17.020(3)**<br><br>(CLERK'S ACTION REQUIRED) |

**UPDATED JUDGMENT SUMMARY**

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Campbell Investment Company |
| 2. | Judgment Debtors: | Campbell M. Walker |
| 3. | Original Total Judgment Amount: | $580,776.94 |
| 4. | Interest Rate: | 0.55% per annum |



*SCHWEET LINDE & ROSENBLUM, PLLC*
5601 6TH AVE S., STE. 258
P.O. BOX 80646
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

| | | |
|---|---|---|
| 5. | Amount of Unpaid Principal Owed: | $580,776.94 |
| 6. | Amount of Unpaid Interest Owed through 09/23/2026: | $ 31,916.48 |
| 7. | Total Judgment Amount Remaining through 09/23/2026: | **$612,693.42** |
| 8. | Attorneys for Plaintiffs: | Jacob D. Rosenblum<br>Schweet Linde & Rosenblum, PLLC<br>5601 6th Ave S., Ste. 258<br>Seattle, WA 98108<br>(206) 275-1010 |

This matter came before the Court upon the Application for Extension of Judgment Pursuant to RCW 6.17.020(3). The Court finds that the Judgment was filed on September 28, 2016, that this extension application is being made within ninety days of the expiration date and that the filing fee for the extension has been paid. The Court being fully advised, it is hereby

ORDERED, ADJUDGED AND DECREED that the Judgment is extended for a 10-year period (for all purposes permitted under applicable law) from September 28, 2026 until September 28, 2036.

DATED this 21st day of October 2026.

**Hon. Tana Lin**

Presented by:

SCHWEET LINDE & ROSENBLUM, PLLC

*/s/ Jacob D. Rosenblum/*________________
Jacob D. Rosenblum, WSBA #42629
*Attorney for Campbell Investment Company*



***SCHWEET LINDE & ROSENBLUM, PLLC***
5601 6TH AVE S., STE. 258
P.O. BOX 80646
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101